| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 060 |
|---|---|---|---|---|---|
| 4PZ | 008808 | 125500 | | 0000450626 | 1 |

# Earnings Statement

**ADP**

VATTEROTT EDUCATIONAL CENTERS, INC.
P. O. BOX 28269
OLIVETTE, MO 63132

Period Ending: 11/05/2010
Pay Date: 11/12/2010

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   IA: 0

ANGELA M CHAPMAN
33427 OLD PORTLAND
ADEL, IA 50003

### Earnings
| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1080.00 | 32.00 | 1,080.00 | 22,140.00 |
| **Gross Pay** | | | **$1,080.00** | 23,040.00 |

### Deductions
**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -118.68 | 2,472.39 |
| Social Security Tax | -66.96 | 1,428.48 |
| Medicare Tax | -15.66 | 334.08 |
| IA State Income Tax | -42.16 | 879.12 |

**Other**
| | |
|---|---|
| Checking | -836.54 |

**Net Pay**     **$0.00**

Your federal taxable wages this period are $1,080.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
© 2000 ADP, Inc.

VATTEROTT EDUCATIONAL CENTERS, INC.
P. O. BOX 28269
OLIVETTE, MO 63132

Advice number: 00000450626
Pay date: 11/12/2010

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ANGELA M CHAPMAN | xxxxxx8621 | xxxx xxxx | $836.54 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| | | | | | |
|---|---|---|---|---|---|
| | | | **Earnings Statement** | | **ADP** |

VATTEROTT COLLEGE  
PAYROLL ACCOUNT  
9200 OLIVE BLVD SUITE 222  
ST. LOUIS MO 63132

Period Ending: 10/22/2010  
Pay Date: 10/29/2010

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 0  
  IA: 0

ANGELA M CHAPMAN  
33427 OLD PORTLAND  
ADEL, IA 50003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1080.00 | 31.00 | 1,080.00 | 21,060.00 |
| **Gross Pay** | | | **$1,080.00** | 21,960.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -118.68 | 2,353.71 |
| | Social Security Tax | -66.96 | 1,361.52 |
| | Medicare Tax | -15.66 | 318.42 |
| | IA State Income Tax | -42.16 | 836.96 |
| | **Other** | | |
| | Checking | -836.54 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are  
$1,080.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VATTEROTT COLLEGE  
PAYROLL ACCOUNT  
9200 OLIVE BLVD SUITE 222  
ST. LOUIS MO 63132

Advice number: 00000430615  
Pay date: 10/29/2010

**Deposited to the account of**  
ANGELA M CHAPMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8621 | xxxx xxxx | $836.54 |

VOID AFTER 180 DAYS



**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
| HQA | 008808 | 125500 | | 0000410625 | 1 |

# Earnings Statement



VATTEROTT COLLEGE  
PAYROLL ACCOUNT  
9200 OLIVE BLVD SUITE 222  
ST. LOUIS MO 63132  

Period Ending: 10/08/2010  
Pay Date: 10/15/2010  

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 0  
  IA: 0  

ANGELA M CHAPMAN  
33427 OLD PORTLAND  
ADEL, IA 50003  

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1080.00 | 55.25 | 1,080.00 | 19,980.00 |
| Gross Pay | | | $1,080.00 | 20,880.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -118.68 | 2,235.03 |
| | Social Security Tax | -66.96 | 1,294.56 |
| | Medicare Tax | -15.66 | 302.76 |
| | IA State Income Tax | -42.16 | 794.80 |
| | Other | | |
| | Checking | -836.54 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $1,080.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VATTEROTT COLLEGE  
PAYROLL ACCOUNT  
9200 OLIVE BLVD SUITE 222  
ST. LOUIS MO 63132  

Advice number: 00000410625  
Pay date: 10/15/2010  

**Deposited to the account of**  
ANGELA M CHAPMAN  

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8621 | xxxx xxxx | $836.54 |

VOID AFTER 180 DAYS



**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 069 |
| --- | --- | --- | --- | --- | --- |
| HQA | 008808 | 125500 | | 0000390629 | 1 |

# Earnings Statement



VATTEROTT COLLEGE
PAYROLL ACCOUNT
9200 OLIVE BLVD SUITE 222
ST. LOUIS MO 63132

Period Ending: 09/24/2010
Pay Date: 10/01/2010

ANGELA M CHAPMAN
33427 OLD PORTLAND
ADEL, IA 50003

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 IA: 0

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 1080.00 | 56.00 | 1,080.00 | 18,900.00 |
| Gross Pay | | | $1,080.00 | 19,800.00 |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -118.68 | 2,116.35 |
| | Social Security Tax | -66.96 | 1,227.60 |
| | Medicare Tax | -15.66 | 287.10 |
| | IA State Income Tax | -42.16 | 752.64 |
| | Other | | |
| | Checking | -836.54 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are
$1,080.00

---

VATTEROTT COLLEGE
PAYROLL ACCOUNT
9200 OLIVE BLVD SUITE 222
ST. LOUIS MO 63132

Advice number: 00000390629
Pay date: 10/01/2010

Deposited to the account of
ANGELA M CHAPMAN

| account number | transit ABA | amount |
| --- | --- | --- |
| xxxxxx8621 | xxxx xxxx | $836.54 |

VOID AFTER 180 DAYS

**usbank**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HQA | 008808 | 125500 | | 0000330611 | 069 1 |

# Earnings Statement

**ADP**

VATTEROTT COLLEGE
PAYROLL ACCOUNT
9200 OLIVE BLVD SUITE 222
ST. LOUIS MO 63132

Period Ending: 08/13/2010
Pay Date: 08/20/2010

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    IA: 0

ANGELA M CHAPMAN
33427 OLD PORTLAND
ADEL, IA 50003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1080.00 | 61.25 | 1,080.00 | 15,660.00 |
| Misc | | | 180.00 | |
| **Gross Pay** | | | **$1,260.00** | 16,560.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -145.68 | 1,760.31 |
| | Social Security Tax | -78.12 | 1,026.72 |
| | Medicare Tax | -18.27 | 240.12 |
| | IA State Income Tax | -52.24 | 626.16 |
| | **Other** | | |
| | Checking | -965.69 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,260.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VATTEROTT COLLEGE
PAYROLL ACCOUNT
9200 OLIVE BLVD SUITE 222
ST. LOUIS MO 63132

Advice number: 00000330611
Pay date: 08/20/2010

**Deposited to the account of**
ANGELA M CHAPMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8621 | xxxx xxxx | $965.69 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**USbank**

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.